|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE | |
| 9 | | |
| 10 | LOOPS LLC, a Delaware limited liability company, LOOPS FLEXBRUSH LLC, a Delaware limited liability company, | CASE NO. C08-1064 |
| 11 | | ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL RESPONSE |
| 12 | Plaintiffs, | |
| 13 | v. | |
| 14 | PHOENIX TRADING, INC., dba AMERICARE PRODUCTS, INC., a Washington corporation; WENDY HEMMING, an individual; JEFFREY R. HEMMING, an individual; H&L INDUSTRIAL, a business of unknown formation; and DOES 1 through 50, inclusive, | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |

20  This matter comes before the Court upon Defendants' Motion for Leave to File a
21  Supplemental Response to Plaintiffs' Rule 37 Motion (Dkt. #281).   The motion is unopposed.
22  *See* Dkt. #282.  Accordingly, the Court GRANTS Defendants' motion.  Defendants shall file the
23  supplemental response.
24

ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL RESPONSE - 1

1    The Clerk is directed to send copies of this Order to all counsel of record.

2

3    Dated March 1, 2011.

4

5

6

7                                          _____
                                           RICARDO S. MARTINEZ
8                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL RESPONSE - 2