UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOOPS LLC., a Delaware limited liability company, LOOPS FLEXBRUSH LLC., a Delaware limited liability company,<br><br>    Plaintiffs,<br>v.<br><br>PHOENIX TRADING, INC., dba AMERCARE PRODUCTS, INC., a Washington corporation; WENDY HEMMING, an individual; JEFFREY R. HEMMING, an individual; H&L INDUSTRIAL, a business of unknown formation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | NO. 2:08-cv-01064-RSM<br><br>**ORDER DISBURSING FUNDS** |

THIS MATTER has come on regularly before the undersigned Judge pursuant to a Stipulation filed by the parties, and the Court having reviewed the matter,

Hereby finds and ORDERS:

1. Judgment was entered on November 9, 2016 for the amount of $54,718.85. (Docket No.428).

2. Defendants have previously deposited $300,000.00 with the Clerk of the Court in lieu of filing a supersedeas bond.

3. On September 2, 2015, this Court granted Plaintiffs' Motion to Disburse Funds in

**ORDER DISBURSING FUNDS**
(2:08-cv-01064-RSM)

the amount of $216,486.90 payable to the trust account of Plaintiffs' counsel. (Docket No.374).

4. The amount of $84,562.87 (includes accrued interest to 3/31/18, with interest accruing daily) is currently being held with the Clerk of the Court until an order to disburse funds is issued.

5. The Clerk is to disburse funds of $54,718.85 payable to the trust account of Miller & Steele.

6. The Clerk is to disburse the remaining funds (including accrued interest) to the trust account of Draneas & Huglin, PC.

DATED this 13th day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER DISBURSING FUNDS**
(2:08-cv-01064-RSM)

1